MC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**RECEIVED**

FEB 0 6 2017 BW

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

Luis MARtinez

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

NANcy wildER, AssitANT
States ATTorNey, at States
aTTorNey Section aT 2650 S.
CaliforNiA, Geraldine D' SouZA
AssistaNT States aTTorNey
at 2650 S. CaliforNiA.

(Enter above the full name of ALL
defendants in this action. **Do not**
use "et al.")

Case No: _____
(To be supplied by the Clerk of this Court)

1:17-cv-01003
Judge Manish S. Shah
Magistrate Judge Michael T. Mason
PC4

**CHECK ONE ONLY:**

✓      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
           **U.S. Code** (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
           **28 SECTION 1331 U.S. Code** (federal defendants)

_____      **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.  **Plaintiff(s):**

    A.   Name: Luis Martinez

    B.   List all aliases: None No Aliases

    C.   Prisoner identification number: 2016 08 13111

    D.   Place of present confinement: Cook County Jail

    E.   Address: 2650 S. California

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.   Defendant: Nancy Wilder,

        Title: Assistant States attorney at cook county Jail

        Place of Employment: 2650 S. California in Chicago

    B.   Defendant: Geraldine D' Souza

        Title: Assistant State's attorney at cook county Jail

        Place of Employment: 2650 S. California

    C.   Defendant: _____

        Title: _____

        Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _See pAper ATTach_

B. Approximate date of filing lawsuit: _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D. List all defendants: _____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F. Name of judge to whom case was assigned: _____

G. Basic claim made: _____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

## List all lawsuits

Martinez is being completely honest with the Federal court I honestly DO NOT remember All of The lawsuits I filed in The Federal court I honestly Sworn That I don't remember The NAMES of all The cases and the Docket numbers and all the defendants I have Sued in The Federal Court I only remember These.

Martinez vs. Schowber etl, Don't remember Docket number TO Schowber case

Martinez vs. Richard paull Don't remember Docket number or The Judge Assigned To paull case

Martinez vs. calvin hill Don't remember Docket number or Judge Assigned

Martinez vs. Codis combined DNa index System Don't Remember Docket NO. or Judge Assigned

Martinez vs. Spiller Don't remember Docket NO. or Don't remember The Judge Assigned

If any other lawsuits exist I honestly Don't remember The defendants, Name of case, Docket numbers and Judge Assigned TO other law Suits

Sincerely Luis Martinez

Sworn TO be true I Don't remember Don't have copy of other lawsuits filed

Pg1

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

My Reason for NOT Knowing how To Find the evidence That shows iN Exhibit A. The State court had iN 02-14-2006 Found ME iNNocent OF CriMiNAl Sexual Assault See DISMISSAl order iN Exhibit A, The court Found ME iNNocenT iN A DNA Case OF A Sexual Assault iNdictMeNT NANCy wilder States ATTorney Filed That was iNdictMeNT number 06-1104098 Shown iN Exhibit B The court Found Me iNNocent iN That iNdictMeNT Because DNA had ExoNerated ME iN That Sexual Assault, and it is Now I Received Found That DNA evidence That ExoNerated Me iN iNdictMeNT NO. 06-1104098 AFter All These years Because NANcy wilder witheld The DNA evidence That ExoNerated ME iN iNdictMeNT NO. 06-1104098 Filed by NANcy wilder That Got My case Dismissed To prevent ME from filing this lawsuit This Should Cover Due diligence DNA case lAb cASe number CO5-23506 RD number HL310 333 WAS DiSMissed

4                                                        Revised 9/2007

pg 2

With All charges on Exhibit B Filed by Nancy wilder
Because The victim Of This CASE Claimed She was
RAped ON April 19, 2005 and ChicAGo police Detective
ON May 12, 2005 for The first time Found the
victim panties iN A uNidentified uNKNowN place
and There were ASK TO BE Check For SeMeN
For The First time SEE Exhibit C NANcy
wilder KNew That iN This indictMent NaNcy
Filed MS. wilder KNew A DNA ExperT ANAlyst
ON 5·25·05 MADE A Misleading False writeN
lAb RepoRT That Stated uNTruely DNA SeMeN was
Ioentified oN Exhibit Q2 Sub Exhibited as 1B ON
lAb report of 5·25·05 iN Exhibit C That shows
That NANcy wilder Redacted The identy of The
ExperT ANAlyst who MADE lAb repoRT OF 5·25·05
To protect The experT ANAlyst identity who Made
The Misleading False lAb repoRT of 5·25·05 That
presented False Misleading DNA results That lead
To My prosecution, Then later iN ANother indictMent
Re-used To Convict ME and For My Trial
Lawyer won't be Abel To Cross-ExaMine The
ANAlyst ExperT who MADE lAb repoRT OF 5·25·05
AT Trial iN violation of confrontation clause

5

Revised 9/2007

See BACK Further ExplaiNs claiM,

Nancy wilder To Deprive Me Of A Fair trial IN indictment number 06-1104098 Dismissed before trial, and During Trial, witheld IN violation Of (Brady) AN Exculpatory lAb Report Dated Exhibit E) 8·29·05) That Shows 1B cutting From The victim panties The Stain The Expert IN lAb report Of 5·25·05 Exhibit C had Stated Stain in Exhibit Q2 Subexhibited as 1B Stain the size Of 3CM x 2CM Semen identified Falsely IN lAB report Of 5·25·05 WAS TEsted For SEMEN ON 8·29·05 and DNA Results Showed NO SEMEN aT All WAS Found ON Exhibit 1B cutting From The panties Recovered May 12, 2005 TO be Ran iN Codis, or TO be Compared A DNA profile iN Codis TO see iF A DNA Match could be Found iN Codis, As Falsely Said IN Exhibit D. That I WAS identified Through Codis DNA MATch After The court Found Debra Depczynski, and Chicago police MADE Fabricate False DNA lAb reports Dated 10·25·05 That Said Falsely That 1B cutting From the victim panties Contain Semen That Matched MY DNA iN Codis See exhibit D The court Found NANcy wilder in indictment No. 06-1104098 Dismissed That MS. wilder Knew That The lAb had Made A Fabricated lAb report Dated 5·25·05 SO I could be Arrested That was used by NANcy wilder For prosecution iN indictMent No. 06-1104098 The court in indictMent No. 06-1104098

Found me innocent when The court discovered in indictment No. 061104098 That Nancy Wilder Witheld under Brady Exculpatory DNA results of My innocence that showed on 8-29-05 Exhibit 1B cutting from the panties was tested for Semen and No Semen stains were found at all on The panties in Exhibit 1B cutting from the panties in Exhibit E. lab report That proved No DNA was on the panties to Match My DNA in Codis as Nancy Wilder Claimed See exhibit E. Exhibit F. So on 02-14-06 Shown in Exhibit A After the state court Found Me innocent Exonerated by DNA Nancy Wilder was ordered to Release Me on 2-14-2006 Nancy Wilder did Not Release Me instead Nancy Wilder Witheld all The evidence IM presenting Now Showing DNA Exonerated Me, Showing DNA semen of the Real offender was Never Examined or introduced, See exhibit H. DNA Blood From the real offender left on the panties in Exhibit I, was Never introduced and Witheld by Nancy Wilder Exhibit A, court Dismissal order All of this evidence of My innocence had CAME To My Notice Now New evidence undiscovered before, and During trial Because MS. Wilder Witheld this evidence To prevent Me From filing A lawsuit did Not release Me From custody on 2-14-06 when I Actually was Exonerated by DNA and case No. 061104098 was Dismissed and The state court told Nancy Wilder To Release Me After Found innocent Nancy Wilder Held Me in Cook county Jail, and did not Release Me Wilder

SEE BACK →

ON 2-23-06 went in front of another cook county Judge who did not Know I was to be Released on 2-14-06 Because my case was Dismissed After court found DNA Exonerated Me Nancy wilder Re-indicted Me using A diffrent case indictment No. 06 cr 3231 using The Same victim Molly Grierson in case dismissed No. 0611040980 and using The Same charges in New indictment No. 06cr 3231 that were dismissed in case NO. 0611040980 See exhibit I exhibit J, and Actually violated The constitution Due process clause of double Jeopardy protections Because the court Ruled and determined in First indictment by Nancy wilder 0611040980 that I was innocent Exonerated by DNA Because No Semen was found on The victim panties TO MATCH MY DNA AS NANCY wilder Said This is why case NO. 0611040980 was DISMISS NANCY wilder Knew That She cannot present the Same Misleading DNA evidence False testimony in Second prosecution in Exhibit M Nancy wilder in second indictment Told the Grand Jury A lie AGain That MY DNA SEMEN was Recovered From the victim panties when it was proven already in First indictment by Nancy wilder That DNA OF SEMEN was NOT Recovered From the victim panties, SEE Exhibit N, Exhibit O, That was Suppressed by NANCY wilder in The SEcond indictment NO. 06 cr 3231 From The Grand Jury That AGain would had proven Me innocent if presented

NANCY wilder Malicious intentions, caused A Malicious prosecution, and violated My constitutional Rights To Due process when NaNcy wilder Knew she could NOT present A second indictment, presenting The same charges, The same Misleading DNA, That was proven to Be False Misleading, iN The first indictment by Nancy wilder State court dismissed Nancy wilder did this to Maliciously continue A Malicious prosecution and violated My civil rights After NaNcy, wilder did this she violated My Rights by Witholding Exculpatory DNA evidence from the Grand Jury iN The second indictment See Exculpatory DNA iN Exhibit N, Exhibit O, and violated Brady vs Maryland Due process; Because of these charges I lost My loves one's These charges of Sex crimes dAMAge Me Emotionally, physically, Mentally, I've been in Mental institutions for Suicide Attempts Because of these charges I've been brutaly Beaten iN Jail by inmates because of These Sex charges, filed by Nancy wilder I almost Got Killed iN Jail Awaiting trial Almost Stabbed by Gang Members iN Jail Because of Nancy wilder Malicious intentions Filing These charges KNowing IM actually Innocent I would like To Be compensated for This

IV.

Statement of claim: for Geraldine D'souza, Assitant States Attorney, Violation of civil Rights.

After Nancy wilder Mislead The Grand Jury in The Second indictment filed on 2.23.06 Exhibit i., and Nancy wilder presenting false DNA results in Exhibit M Nancy wilder had Given The Second indictment 06cr3231 To another state's attorney Geraldine D'souza took over The 2nd indictment case number 06cr3231 Nancy wilder had filed in violation of the Double Jeopardy clause Geraldine D'souza took Advantage of the fact That while I was Awaiting trial at cook county Jail the General population Section I was beaten Daily by Gang members violent offenders who tried to Stabb me hit me with A mop wringer on the face All because of these Sex charges because The inmates Thought I was A rapist having Knowledge of The Sex charges Against me by MS. D'souza My life was on The line I did not Know what to do any more I Just wanted To Go to trial in the 2nd indictment by Geraldine D'souza To prove I'M innocent Again Already Exonerated by DNA I told My trial lawyer in The New indictment 06cr3231 I need To Go to trial To End My case Because I'M tierd of being beaten in Jail for these Sex charges by inmates My trial lawyer Said Just plea Guilty, I had No choice Because My life was on the

line I had To plea Guilty Because I was being Beaten. every day in General population for these Sex charges, because I needed Medical attention I could NOT Get At cook county Jail Awaiting Trial For The Severe beatings I was Getting For these charges My Trial lawyer was ineffective for Failure To present exculpatory DNA results in The 2nd indictment in Exhibit 3 That had Already found Me innocent of the SAME charges used by Geraldine D'souza in The 2nd indictment Geraldine D'souza presented per jury in Exhibit 1. Knowing that The victim panties Never had Semen To Match a DNA profile of My DNA if one is in codis at My trial Geraldine D'souza presented A perjured Statement in Exhibit 1. BAsed on A proven False Document filed by A lab Expert Debra Depczynski who fabricated the Exhibit 2. Geraldine D'souza used Exhibit 2 Knowing that it was A False Document MADE by A DNA Expert and violated My Due process right of civil law, Because Geraldine D'souza did This by Malice Geraldine D'souza Knew that Exhibit 3 lab report proved Absolutely My innocence because 1B cutting from The panties used To convict me in The 2nd indictment 06 cr 323) The panties were tested For Semen and NO Semen was Found To be Ran in codis Exhibit 3

Geraldine D'souza Already Knew That Exhibit 3 had Already found Me
innocent Exonerated by DNA in The First indictment No.061104098
Dismissed in Exhibit A but Geraldine D'souza in The Second
indictment did Not Turn over at My trial, or before My trial
Biological lab reports suppressed witheld by Geraldine D'souza
in The Second indictment No.06 cr 3231 in violation of Double
Jeopardy Geraldine D'souza in the 2nd indictment had an
obligation To inform The court, at trial, and inform the
defense of Such exculpatory lAb report in exhibit 3 That
had already proven Martinez innocent by DNA in the
first indictment Geraldine D'souza For failure to inform
the defense at Trial or before trial Exhibit 3 exculpatory
DNA results carrie's Brady's constitutional implications including
Exhibit 4 suppressed by Geraldine D'souza That was Not
Available at trial or before trial and Deprived Me of a
fair Trial Geraldine D'souza did Not turn over to the
court or defense at trial exhibit 3, exhibit 4, because
is evidence of Exculpatory value That raised a reasonable
doubt About My Guilt Geraldine D'souza Should be held
liable for intentionally witholding Exculpatory DNA results to

continue A Malicious prosecution in violation of The constitution

14th Amendment in violation of Due process Double Jeopardy

clause Because even when I was Forced by Duress to

plea guilty For Charges I was already Found innocent by

DNA, if Geraldine D'souza in The 2nd indictment Filed

in violation of Double Jeopardy would had Told the court

The truth That Exculpatory dna results Exist in Exhibit

3, Exhibit 4, The court would NOT had Send Me to

prison for 10 years For criminal sexual Assault in the

Second indictment 06cr3231 charges That were already

dismissed in indictment No. 061104098 shown in Exhibit A

If Geraldine D'souza would NOT present A lie perjury at

My trial Shown in exhibit 5 Exhibit 1, To the court

I would had never been Send to prison for 10 years

The Suppression by Geraldine D'souza prior To trial and during

Trial of Exhibit 7 Exhibit 8 Violated Brady Due process because

if disclosed NO court would had Found Me Guilty even

Though I was Forced To plea Guilty only Because My

life WAS in danger For These charges In Jail

at trial Geraldine D'Souza Knew That victim Told the court only one Man left semen on her panties see exhibit 9. The offender in codis convicted of lab case No. C03-33953 Exhibit 10. but Geraldine D'Souza witheld The identity of the real offender at trial who left DNA semen Alleles in exhibit 11. Gerealdine D'Souza at My Trial did NOT Reveal That My DNA in Exhibit 13 I had Given My probation officer was sent To the lab label under The real offender case Number C03-33953 exhibit 14 and was purposely Transfer by The lab on Sub 1B-F1 semen on the panties left by the Real offender see exhibit 15 Exhibit 6, Exhibit 19, Shows My Alleles in My DNA were put on A diffrent pair of panties by the lab who purposely put My DNA Saliva on The pair of panties in exhibit 20 used as Sub 1B-F2 My Saliva Misinterpreted For semen when in Fact Geraldine D'Souza Knew This but witheld it from The discovery TO Misinterpret My saliva as semen At Trial That lead to My conviction then police then wrote A fabricated inventory report That The victim pair of panties worn During the attack were collected April 22, 05 see exhibit 20

When in fact The victim panties were collected May 12, 2005
See exhibit 23 My saliva was put on panties Sub 1B-F2
panties of April 22, 05 planted w/ My saliva Misinterpreted
as semen in panties Sub 1B-F2 by Geraldine D'Souza who
knew this See exhibit 21 exhibit 22 Also shows the
panties Geraldine D'Souza used to convict me have No
chain of custody 1B-F2 are Not shown to be in the
chain of custody See exhibit 22 Geraldine D'Souza has
Violated My Due process right 725 ILCS 5/116-3 post-conviction
DNA testing That allows DNA testing Not previously Done prior or
Before the plea of Guilty I asked Geraldine D'Souza That I
would like To Examine 1A Stain of semen inside of the crotch
of underwear of the victim in exhibit 29 left by the real
offender That was never Examined before The plea, or during
the plea hearing, Geraldine D'Souza Denied me DNA Examination
of The semen Stain inside the crotch of the panties in violation
of Due process Because it would identify The real offender
And prove My innocence Again, Moreover in The discovery in
Geraldine D'Souza filed She did not even Mention or did

not even disclose prior To The plea, or at the plea hearing exhibit 2q
The Semen stain inside the crotch of The panties of The real offender
and violated Brady doctrine. Due process prosecutor had A duty to
disclose to the defense on the day of The plea or before the
plea The semen left by the real offender inside the crotch of
The panties That was NOT Examined, or Either compared to My
current DNA sample Before the plea or on the plea hearing because
This DNA post-conviction Testing was NOT Done before the plea
or after The plea, or ON The plea day, Geraldine D'souza
denial of Martinez To be allowed post-conviction request to
Examine The semen stain inside the crotch of the panties in
exhibit 2q and Geraldine D'souza Denial of Martinez To Give a
current SAMple DNA Sample TO be compared AGainst The
semen stain found inside of the crotch left by the real offender
Geraldine D'souza violated Due process in Denying Me post-conviction
DNA TestinG That was NOT Done prior To the plea, or before
The plea, or ON The plea hearing DAy, and violated post-
conviction DNA Statutue of illinois 725 ILCS5/116-3 That
Entitled Martinez TO DNA TestinG That would had proven him
innocent AGAin and violated Due process when Martinez was

Denied DNA testing, of DNA evidence Withheld prior the plea and on the day of The plea in violation of Brady That was NOT Examined prior To the plea, or on the day of the plea That would have proven Martinez innocent Again and identify The Real offender Martinez ask That The federal court To meet the ENds of Justice once and for all order DNA examination of The Semen stain left inside the crotch of The panties in exhibit 1A, left by The Real offender That Was NOT Examined prior To the plea, or on the day of the plea Martinez also ask The federal court To issue an order To collect A current fresh DNA sample from Martinez Saliva, Blood, from Martinez To be compared To The Semen stain Left inside of The crotch of the panties Exhibit 1A in exhibit 29, Because This comparison was NOT Done before The plea, or on The day of The plea, and if Done would prove Martinez innocent of The 2nd indictment NANcy wilder filed and handed over To Geraldine D'souza Who convicted me and Martinez ask The federal court To order A BO Blood typing DNA testing of The Blood in Exhibit 30 To be compared . To Martinez DNA, That was not Done prior To the plea, or on the day Of The plea, REQuested and Denied in post-conviction DNA-testing.

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Award Martinez with 30 Million dollars For BoTh plain defendanTs planing To violate Martinez civil rights. That were violated by both defendanTS. Martinez also ask The Federal court To order DNA - Testing Martinez ask For in Exhibit 29, Exhibit 30, BoTh defendanTS planned To violate Martinez civil rights explained in this lawsuit. please Appoint a lawyer To better The case

**VI.    The plaintiff demands that the case be tried by a jury.** ☑ YES   ☐ NO

**CERTIFICATION**

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 24th day of Jan , 20 17

Luis MArtinez

*Luis Martinez*

**(Signature of plaintiff or plaintiffs)**

Luis MArtinez

**(Print name)**

2016-08-13111

**(I.D. Number)**

2650 S. CaliForNiA Avenue

Cook County Jail Division 8 Rtu 3.E

**(Address)**

6

Revised 9/2007

| Custodial Status RECEIVED | e X h i b i t | Status Date 05/30/2008 | Agency Name DOC CORRECTIONAL CENTER STATEVILLE | exhibiT |

Exhibit A.

Arrest

DCN: G16431078
Name: MARTINEZ, LUIS A

Date of Arrest: 01/26/2006
Date of Birth: 07/26/1978

RAp SheeT exhibiT

Alias Name(s)
COLLAZO, ANTHONY

Alias Date of Birth

Residence:

Arresting Agency: CHICAGO POLICE DEPARTMENT    NCIC:    ILCPD0000
Agency Case Number: 16431078    Officer Badge Number:    Photo Available:    No

Arrest Charges

| Count | Statute Citation | Literal Description | Inchoate Code | Class |
|---|---|---|---|---|
| 1 | 720 ILCS 5.0/12-13 | CRIM SEX ASLT/VICTIM | O | 1 |

Arrest Type:    Date of Offense:

States Attorney Section
Filing Decision: DIRECT FILED WITH COURT.    Decision Date: 01/26/2006

| Count | Statute Citation | Literal Description | Inchoate Code | Class |
|---|---|---|---|---|
| 1 | 720 ILCS 5.0/12-13 | CRIM SEX ASLT/VICTIM | O | 1 |

Agency Name: COOK COUNTY STATE'S ATTORNEY    NCIC: IL016013A

Court Charges/Disposition

| Count | Statute Citation | Literal Description | Inchoate Code | Class |
|---|---|---|---|---|
| 1 | 720 ILCS 5.0/12-13 | CRIM SEX ASLT/VICTIM | O | 1 |

Disposition: DISMISS/SUPERCEDED    Disposition Date: 02/14/2006
Case Number: 2006I1040980
Agency Name: COOK COUNTY CIRCUIT COURT    NCIC: IL016025J

| Count | Statute Citation | Literal Description | Inchoate Code | Class |
|---|---|---|---|---|
| 1 | 720 ILCS 5.0/12-14-A-2 | AGG CRIM SEX ASSLT/BODILY HARM | O | X |

Disposition: NOLLE PROSEQUI    Disposition Date: 05/29/2008
Case Number: 2006CR032310
Agency Name: COOK COUNTY CIRCUIT COURT    NCIC: IL016025J

| Count | Statute Citation | Literal Description | Inchoate Code | Class |
|---|---|---|---|---|
| 1 | 720 ILCS 5.0/12-14-A-2 | AGG CRIM SEX ASSLT/BODILY HARM | O | X |

Disposition: GUILTY    Disposition Date: 05/29/2008
Case Number: 2006CR032310
Agency Name: COOK COUNTY CIRCUIT COURT    NCIC: IL016025J

| Status | Sentence | Fine Amount | Date |
|---|---|---|---|
| SENTENCED TO | 855 DAY(S) CREDIT TIME SERVED | | 05/29/2008 |

| Count | Statute Citation | Literal Description | Inchoate Code | Class |
|---|---|---|---|---|

COURT DISMISSAL OrdeR, AFter Finding MarTinez innocent

file://O:\ori-IL041013C#tcn-FRM1630L23406142#rn-1#evt-ACCRV#tx-6184375627#a...    12/20/2010

Exhibit B,

First indictment.

** INFORMATION INDICTMENT RETURN SHEET **

| CASE NO. | IR | DEFENDANT | NO. | ARRAIGNMENT DATE |
|---|---|---|---|---|

1143693

GJ- 2637

LUIS MARTINEZ

FBI-721937EBO
ISB-16686060
CB-16431078
RD/AR: HL310333

Sex: M  Race: B  DOB: 07/26/1978
Add: 1200 S. 1st Avenue
Maywood, IL 60153
Arrest Agy: C P D Area 3 Dist 19
Arrest Date: 01/26/2006
Hgt: 6'00"  Wgt: 230  Hair: BRO  Eyes: BRO

DIRECT INDICTMENT
ASA: Nancy Wilder

1

02/23/2006   AZR

DNA DONT MATCH
CASE DISMISSED
06-1104098

02/01/2006
Unit: Sex Cr Pros Div

offender on Rapsheet conviction

| Chg: | 1 | Agg Crim Sex Aslt/Bodily Harm 720-5\12-14(A)(2) | | |
|---|---|---|---|---|
| Chg: | 2 | Agg Crim Sex Aslt/Felony 720-5\12-14(A)(4) | 0000996100 | Class: X |
| Chg: | 3 | Agg Crim Sex Aslt/Felony 720-5\12-14(A)(4) | 0000996300 | Class: X |
| Chg: | 4 | Agg Crim Sex Aslt/Felony 720-5\12-14(A)(4) | 0000996300 | Class: X |
| Chg: | 5 | Agg Kid/Inflict Harm 720-5\10-2(A)(3)1 | 0000996300 | Class: X |
| Chg: | 6 | Agg Kid/Inflict Harm 720-5\10-2(A)(3)1 | 0000011389 | Class: X |
| Chg: | 7 | Crim Sex Assault/Force 720-5\12-13(A)(1) | 0000011389 | Class: X |
| Chg: | 8 | Kidnapping/Force Or Threat 720-5\10-1(A)(2) | 0000995500 | Class: 1 |
| Chg: | 9 | Unlawful Restraint 720-5\10-3 | 0000765200 | Class: 2 |
| | | | 0000775000 | Class: 4 |

First indictment Filed by Nancy wilder
Indictment No. 06-1104098 all charges
here Dismissed on 2-14-06 After
Court Found Martinez Innocent because
DNA in lab case No RD/HL310333
Prove Martinez innocent Nacy wilder
Re-used on 2-23-06 All of these
charges Dismissed and Re-used in
Indictment No. 06 cr3231 2Nd indictment
The Same DNA To RD/HL310333 That
Exonerated Me in violation of Due process
Double Jeopardy That lead to my conviction

Exhibit C

RD/ HL310333   C05-23506

## ILLINOIS STATE POLICE
### DIVISION OF FORENSIC SERVICES* FORENSIC SCIENCES COMMAND*FSC-C
EVIDENCE SUBMISSION FORM FOR CHICAGO POLICE DEPARTMENT        PAGE    OF

ISP CASE#

| RD#: **HL310333** | OFFENSE:                19 Apr. 2005 | SUBMITTING OFF./DET.: |
|---|---|---|
| | DATE OF OFFENSE: | Det. E. LOUIS / Det. C. REDMAN |
| VICTIM(S): #1 ▓▓▓▓▓▓ | VICTIM IR/SID#'S: #1 | CONTACT OFF./DET.: Det. LOUIS / Det. REDMAN` |
| #2 | #2 | PHONE#: 312-7448262 |
| #3 | #3 | PAGER#: |
| SUSPECT(S): #1 | SUSPECT IR/SID#'S: #1 | DISTRICT/AREA: Area Three |
| #2 | #2 | DET'S WORK HOURS: 4:40 PM - 01:00 AM |
| #3 | #3 | DATE: 12 May. 2005 |

**INSTRUCTIONS:**
*PLEASE LIST ALL INVENTORIES AND LINE ITEMS SEPARATELY
*PLEASE SPECIFY WHICH SECTION(S) EACH ITEM SHOULD GO TO

** INCLUDE ALL CRIME SCENE PROCESSING AND CASE REPORTS **
** FAX THIS SIDE OF THE FORM ONLY TO FSD AT (312)746-6748 **

| INVENTORY/ LINE ITEM | ITEM DESCRIPTION | SPECIFIC REQUEST FOR ANALYSIS | BOX TYPE *FSD ONLY* |
|---|---|---|---|
| **10520806** | one pair womans underwear | Check for presence of (Semen) DNA   19 Apr M | bbcx |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

PLEASE INCLUDE A BRIEF CASE SUMMARY:

The victim was attacked on the street , taken to a secondary location nearby and sexually assaulted (raped). The victim went home took off clothes and showered. Victim reported the incident the next evening after talking to friends. There is no rape kit or other evidence from hospital, no examination was done

Please check underwear for any presence of (Semen) DNA. If any found please, submit for CODIS.

Favorable evidence Redacted ←

*IF MORE SPACE IS NEEDED PLEASE USE THE CONTINUATION TO THIS FORM

ISP 4-454 (09/00)



Note: On May 12, 2005 panties were found
And Ask To be checked for semen for
The First time.

RD#. HL310333   Inv#10520806

4°C

**ILLINOIS STATE POLICE**
Division of Forensic Services
Forensic Sciences Command

**LABORATORY WORKSHEET**

*Indictment No. 0611040980 was Dismissed Finding Martinez innocent Because court Found lab made This false Report saying semen was Found on The panties when it was proven no semen was found.*

Date Examined: 5/25/05

L A B   Case No.: C05-23506

Exhibit/Item: Ex. 1  Yellow underwear

Source/Date Received: Richard Esposito (BF1BBNA) / 5/25/05

Description of Package: Clear evidence envelope which is heat-sealed

Description of Markings as Received: CPD Inventory Sticker

Laboratory Marks: C I D I

Laboratory Examination:

Clear bag contained a bplo sld w/ set which contained a clear ziploc-like bag which contained a yellow pair of underwear.

Yellow pair of lacy underwear. Manufacturer's tag reads "Hanky Panky One Size".

Damage to construction noted: Waist band torn in right hip area.

Several RBS in front and back of underwear.

Taped for apparent hairs, fibers, and debris. → yellow env sld w/ bet → orig. pkg w/ evidence

Examined w/ ALS at 450nm. Three stains observed w/ ALS: Q1, Q2, and Q3.

| 5/25/05 | KM | AP | KPIC | Size of Stain |
|---|---|---|---|---|
| POS | POS | +4 | /kNB | /kNB |
| Neg | Neg | Neg | /kNB | /kNB |
| Q1A1 | | Neg | /kNB | /kNB |
| Q1A2 | | +2 | +1 Approved by Dan | 2.5cm x 1.5cm |
| Q2 | | +4 | +3  Gander 5/25/05 | 3cm x 2cm |
| Q3 | | Neg | /kNB | /kNB |
| Q4 | Pos | /kNB | CONFIRMED Dug 5/25/05 | 2cm x 1cm |

Front-Outside Q4 NTS
torn D } RBS

Back-Outside NTS
° } RBS

Inside-Crotch NTS Back
Q1A2 Q1 A1

Outside-Crotch NTS Back
Q3
Q4 Front

KPIC slide → slide mailer sld w/ bet → orig pkg w/ evidence
Subexhibited Q1A2 as 1A → gpp→ coin env sld w/ bet → BFI K-304
Subexhibited Q2 as 1B → gpp → coin env sld w/ bet → BFI K-304
Removed whole stain for DNA analysis.

Conclusions: Semen identified.
Item taped for apparent hairs, fibers, and debris.

*Expert here Redacted Made this false Report that semen was Identified in Q2 Subexhibited as 1B Proven later No semen was Found.*

Repackaging: Orig pkg sld w/ bet       Date: 5/25/05
5/25/05 Re-opened to insert slide mailer in pkg w/ evidence. Sld w/ bet.

Analyst: ____

IL 493-0430

ISP 6-76 (3/96)

exhibit **D**

RD/HL310333

Illinois State Police
Forensic Science Center at Chicago
1941 West Roosevelt Rd.
Chicago, IL 60608-1229
(312) 433-8000

To:        DETECTIVE STUART TALLEN            **Association # 2356**

From:    DEBORA DEPCZYNSKI

Fax:      312-744-5130

Date:    10/25/2005

Re:       **CODIS Convicted Offender Association**

**This information is being provided for investigative purposes only. You should not make an arrest solely on the basis of this information.**

Note: An additional DNA standard (buccal swab or blood sample) from the convicted offender is necessary for confirmatory forensic analysis. Please complete an Evidence Submission Form and submit the standard to the CPD Division of Forensic Services. Once a standard has been submitted, a laboratory report with statistics will be forthcoming.

| | | | |
|---|---|---|---|
| Investigating Officer: | Det. Louis | Offender name: | Louis Martinez |
| Submitting Agency: | CPD UNIT 630 | DOB: | 7/26/1978 |
| RD/Agency Number: | HL310333 | SID#: | IL36686060 |
| Lab Case Number: | C05-023506 | IL IDOC#: | ____ |
| Victim(s) Name: | Molly Grierson | | |
| Suspect(s) Name: | N/A | | |
| Offense: | CSA | | |

Additional Information:        **Exhibit 1B (Inv# 10520806): Semen identified in stain from underwear.**

**If you have any questions or require additional information please contact Forensic Scientist and CODIS Administrator Kathleen Kozak at ext. 2065.**

IN Case No. 0611o4oa8 CASe WAS DisMissed Because Debra Depczynski Made a
False IAb report Filed by Debra Depczynski To present Misleading
Results To lEAd To MARtinez Arrest, DebrA DEpczynski
knew BEfore MAKing This Report Exhibit 1B Cutting From
The pAnties WAS TesTed For SeMen ON 8·29·05 results show
NO SeMen WAS Found To be Run in CODIS see ExhibiT E

Exhibit C

5

RD / HL 310333
LAB CASE # C05-23506

**ILLINOIS STATE POLICE**
Division of Forensic Services
Forensic Sciences Command

**LABORATORY WORKSHEET**

Date Examined: 8/29/05        Case No.: C05-23506

Exhibit/Item: 1B ; cutting from underwear

Source/Date Received: BF1 (K304) ; Kelly Belle, 8/29/05

Description of Package: Corn env. sld w/ BET

Description of Markings as Received: "C05-23506 Ex1B KNB 5/25/05" ; ESP striker w/ CID

Laboratory Marks: My DI

Laboratory Examination:

— Open ME and obs one glassine paper packet w/ "C05-23506, Ex1B, ▓▓ 5/25/05" written on it. Paper packet ~~contain~~ contains one piece of yellow cloth approx. 3cm × 2cm. No apparent stains obs.

— Removed approx ½ of yellow cloth for DNA analysis

— Placed ~~remaining~~ remaining cloth into glassine paper and returned the packet to the corn env. and sld w/ BET

— Note: Ex1A rec. from BF1 (K304) ; Kelly Belle on 11/16/05. Not examined.

Extraction order :
1st 1B
2nd MB₂ - spel swabs

~~Conclusions:~~ ▓▓

In indictment No. 06-1104098 Dismissed on 2·14·06 The court Dismissed The case Because prosecuter Failed To Turn over These exculpatory Results in The discovery In case No. 06-1104098 Showing 1B cutting From The panties was Tested For Semen on 8·29·05 and this Report proved NO Semen at all was Found on the Panties in Exhibit 1B To be Run in CODIS These Results proven That NO Semen could Match A DNA profile in CODIS Finding Martinez innocence in case No. 06-1104098

Repackaging: Org w/ BET        Date: 8/29/05        Analyst: ▓▓

IL 493-0430

ISP 8-76 (3/96)
DNA
2 HN



EXHIBIT 8

RD/ HL310333
**ILLINOIS STATE POLICE**
Division of Forensic Services
Forensic Sciences Command

LAB Case # C05-23506

Initials ▮▮▮

Date 8/29/05

### YIELD GEL WORKSHEET

| Lane | Sample | Resolub. Volume (µL) | DNA (ng/4 µL) | DNA (ng/1 µL) |
|------|--------|----------------------|---------------|---------------|
| | **Cathodal Origin** | | | |
| 1 | | | 125 | |
| 2 | λ DNA Dilution Series | | 63 | |
| 3 | | | 31 | |
| 4 | | | 15 | |
| 5 | | | 8 | |
| 6 | | | 4 | |
| 7 | 1B  F1 | 100 | <4d | <1 d |
| 8 | 1B  F1  (1/10) | 50 | ND | ND |
| 9 | 1B  F2 | 50 | 28 | 7 |
| 10 | 1B  F3 | 50 | 4 | 1 |
| 11 | MB8 | 50 | ND | ND |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| | **Middle Origin** | | | |
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |

- d= degraded
- ND= Not Detected
- 1/10 dilution made w/ 45µL TE and 5µL of sample (neat)

C05-23506  #1B F1, F1(1/10), F2, F3, MB8

8/29/05

In lab case No. C05-23506
RD/ HL310333 indictment No.
06 11040980 court Dismissed The
Case Because prosecutor Failed to
Turn over in The Discovery in The
indictment NO. 0611040980 Results
here That show on 8-29-05 That
The Cutting on The panties Exhibit
1-B were Too very degraded with
No DNA tissue whatsoever for
DNA Analysysis NO DNA was
Detected at all From 1B cutting
from the panties Because 1B
Cutting From the panties had NO
Semen whatsoever at 911 For
Comparison Martinez was found innocent

Revision Date (12/00)



Exhibit C



# ILLINOIS STATE POLICE
Division of Forensic Services
Forensic Science Center at Chicago
1941 West Roosevelt Road
Chicago, Illinois 60608-1229
(312) 433-8000 (Voice) * 1-(800) 255-3323 (TDD)

Rod R. Blagojevich
*Governor*

Larry G. Trent
*Director*

November 22, 2005
**LABORATORY REPORT**

DETECTIVE E. LOUIS/ DETECTIVE C. REDMAN
CHICAGO POLICE DEPARTMENT UNIT 630
DETECTIVE DIVISION, AREA 3
2452 WEST BELMONT
CHICAGO IL 60618

Laboratory Case #C05-023506
RD #HL310333

OFFENSE: Sexual Assault
VICTIM: Molly Grierson

The following evidence was received by the Forensic Science Center at Chicago on May 16, 2005:
**Inventory# 10520806**

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 1A | Stain from inside of crotch of underwear (semen identified) |
| 1B | Stain from underwear (semen identified) |

## RESULTS
DNA from Exhibit 1B was amplified using the Polymerase Chain Reaction (PCR) and profiled at the following loci: D3S1358, vWA, FGA, D8S1179, D21S11, D18S51, D5S818, D13S317, D7S820, D16S539, TH01, TPOX, CSF1PO and Amelogenin.

A mixture of human DNA profiles was identified in Exhibit 1B which was interpreted as a mixture of two people.

A male DNA profile was identified in Exhibit 1B. This male DNA profile was searched against the DNA Index. The search detected an association to the following individual which indicates he may be the donor of the semen identified: Louis Martinez, SID# IL36686060. This information pertains to Combined DNA Index System (CODIS) association# 2356.

The male DNA profile identified in Exhibit 1B has been included in the DNA Index and will continue to be compared to other profiles. You will be notified if a consistent profile is detected.

A female DNA profile was also identified in Exhibit 1B.

Exhibit 1A was not examined.

*In case No. 06 11040980 Dismissed The court Dismiss The case because prosecutor Nancy wilder witheld in The discovery Semen Stain on the Inside of The panties of The Real offender was NOT Examined before or during trial Brady Violation* 22

Exhibit H.



**ILLINOIS STATE POLICE**
Division of Forensic Services
Forensic Science Center at Chicago
1941 West Roosevelt Road
Chicago, Illinois 60608-1229
(312) 433-8000 (Voice) * 1-(800) 255-3323 (TDD)

Rod R. Blagojevich
*Governor*

Larry G. Trent
*Director*

June 9, 2005
**LABORATORY REPORT**

DETECTIVE E. LOUIS/ DETECTIVE C. REDMAN
CHICAGO POLICE DEPARTMENT UNIT 630
DETECTIVE DIVISION, AREA 3
2452 WEST BELMONT
CHICAGO IL 60618

Laboratory Case #C05-023506
RD #HL310333

OFFENSE: Sexual Assault
VICTIM: ████████

The following evidence was received by the Forensic Science Center at Chicago on May 16, 2005:
**Inventory# 10520806**

| EXHIBIT | DESCRIPTION | FINDINGS |
|---|---|---|
| 1 | One yellow pair of woman's underwear | Semen identified. |
| | | Blood indicated. |
| | | Damage to construction observed. |
| | | This item was taped for removal of apparent hairs, fibers, and debris. |

**REQUESTS:**
At such time as known blood or buccal standards from the victim and suspect are submitted, the possible source of the semen identified on the evidence may be determined.

Semen has been identified on the evidence submitted. If the stain could have originated from consensual contact, please submit standards from the known individuals.

Microscopy evidence (apparent hairs, fibers, debris) was collected in this case. Please advise if comparisons are important to your investigation, and ensure that all standards can be collected.

If you have in your possession additional evidence that may be of significant value in this case, please advise.

If you have any questions regarding this report, please feel free to contact me.

**EVIDENCE DISPOSITION:**
Samples from Exhibit 1 have been retained at the Forensic Science Center at Chicago for DNA analysis and will be the subject of a separate report.

*Case No. 0611040980 was Dismissed Because prosecuter Nancy wilder witheld In the discovery Blood left on the panties by. The real offender was never tested or introduced before / During Trial*

33

24

Exhibit I.

1

1  IN RE: PEOPLE VS. LUIS MARTINEZ

2

3  2Nd indictmeNT.                    GJ NO 2637

4                                     ARR DATE 2-23-06

5                                     06-CR 3231

6

7    BEFORE THE SPECIAL GRAND JURY OF COOK COUNTY,

8                  JANUARY, 2006

9                                              •

10            TRANSCRIPT OF TESTIMONY TAKEN IN THE

11  ABOVE ENTITLED MATTER ON FEBRUARY 1, 2006

12

13          PRESENT:  MS. NANCY WILDER
                       ASSISTANT STATE'S ATTORNEY
14

15

16

17          REPORTED BY JOSEPH A. SZYBIST
            CERTIFIED SHORTHAND REPORTER
            ILLINOIS LICENSE NO. 084-1752
18
    when case no. 20061104098 was dismissed on 2-14  2006
19  nancy wilder on 2-23-06 went in front of anothrr jugde and

    re- indicted martinez using a diffrent  case no. 06cr3231
20
    using the same victim molly grierson in case dismmissed no.20061104098
21  LIST OF WITNESSES:  using the same d.na. in codis in caseno.20061104098
                        that did not match
22  DETECTIVE LOUIS        martinez was then convicted of this caseno.
                        o6-cr- 3231
23

24

Exhibit J                    Exhibit                    2

1            THE FOREPERSON: Raise your right hand,

2    please.

3                    (Witness duly sworn.)

4            MS. WILDER: Good morning. My name is

5    Nancy Wilder. I am an assistant state's attorney

6    in the sex crimes unit of the Cook County State's

7    Attorney's Office.

8                    I appear before you today asking for

9    a True Bill in January 2637 charging the defendant

10   Luis Martinez with the felony offenses of

11   aggravated criminal sexual assault, criminal

12   sexual assault, aggravated kidnapping, kidnapping

13   and unlawful restraint for the offense committed

14   on April 19, 2005, against the victim Molly

15   Grierson.

16                   The Grand Jury does have the right

17   to subpoena and question any person against whom

18   the State's Attorney is seeking a Bill of

19   Indictment, or any other person, and to obtain and

20   examine any documents or transcripts relevant to

21   the matter being prosecuted by the State's

22   Attorney.

23                   DETECTIVE LOUIS,

24   having been first duly sworn, was examined and

ExhibiTK          3

1    testified as follows:

2                    EXAMINATION BY

3                    MS. WILDER:

4        Q.   Detective, have you been sworn?

5        A.   Yes, I have.

6        Q.   Could you please state your name, your

7    star number and unit of assignment for the ladies

8    and gentlemen of the Grand Jury.

9        A.   Detective Edward Louis, L-o-u-i-s, star

10   20755, I am assigned to Area Three, Homicide.

11       Q.   And, detective, as part of your duties as

12   a Chicago Police detective, did you receive the

13   follow-up investigation of the sexual assault case

14   involving the victim Molly Grierson?

15       A.   Yes, I did.

16       Q.   Did your investigation show that on the

17   date that this assault took place, April 19, 2005,

18   that Molly Grierson was a 19-year-old DePaul

19   freshman?

20       A.   Yes.

21       Q.   Did your investigation further show that

22   on that date Luis Martinez was 27 years of age and

23   was a stranger to Molly Grierson?

24       A.   Yes, he was.

Prosecutor used The same victim Again
in case No. 06cr3231 in case No. 06 110 11098 in
Case Dismissed on Actual innocence

Exhibit L

1    Q.   Did your investigation further show that

2    on April 19, 2005, at approximately 2:30 in the

3    morning that Molly Grierson left her freshman dorm

4    and began to walk to Osco?

5       A.   Yes.

6       Q.   As she walked in the vicinity of 944 West

7    Fullerton in the City of Chicago, County of Cook,

8    State of Illinois, did Luis Martinez come up from

9    behind her and grab her?

10      A.   Yes, he did.

11      Q.   After he grabbed her, did he then drag

12   her to the back of a business located in that

13   vicinity and throw her to the ground?

14      A.   Yes, he did.

15      Q.   Did he tell her to stop struggling and

16   she wouldn't get hurt?

17      A.   Yes.

18      Q.   Did the victim suffer bruised wrists from

19   the defendant's actions in throwing her to the

20   ground and holding her hands above her head?

21      A.   Yes.

22      Q.   Did he then remove her pants and force

23   his penis into her vagina?

24      A.   Yes, he did.

Exhibit M

5

1      Q.   Okay.   After the victim -- sorry -- did

2   the victim give the police the underwear that she

3   was wearing on that day?

4      A.   Yes.

5      Q.   Was the defendant's DNA recovered from

6   semen on that victim's underwear?

7      A.   Yes.

8      Q.   Did she also identify the defendant in a

9   lineup?

10     A.   Yes, she did.

           MS. WILDER:   Nothing further.

12         THE FOREPERSON:   Thank you.

13              (Witness excused.)

14              (Whereupon the Grand Jury was

15              left alone to deliberate,

16              after which the following

17              proceedings were had.)

18         THE FOREPERSON:   True Bill.

19              (Whereupon the above-entitled

20              cause was continued

21              for arraignment before

22              the Presiding Judge of

23              the Criminal Division.)

24

IN case No. 06 cr 3231 The states attorney
lied To The grand jury saying Martinez
DNA was Found on The victim underpants

EXHIBIT N

*Prosecutor witheld The Expert Conclusion on This report by Redacting experts conclusions of Test results Because Results And expert conclusion Provoke A doubt in the case*

**ILLINOIS STATE POLICE**
Division of Forensic Services
Forensic Sciences Command

**LABORATORY WORKSHEET**

Date Examined: 5/29/05          Case No.: C05-23506

Exhibit/Item: 1B ; cutting from underwear

Source/Date Received: BFI (K304) ; Kelly Belle, 8/29/05

Description of Package: 1am env. sld w/ BET

Description of Markings as Received: "C05-23506 Ex1B KNB 5/25/05" ; ISP sticker w/ CID

Laboratory Marks: My DI

Laboratory Examination:

— Open me and obs one glassine paper packet w/ "C05-23506, Ex1B ▮ 5/25/05" written on it. Paper packet ▮ contains one piece of yellow cloth approx. 3cm x 2cm. No apparent stains obs.

— Removed approx ½ of yellow cloth for DNA analysis

— Placed ▮ remaining cloth into glassine paper and returned the packet to the Corr env. and std w/ BET

Extraction order:
1st 1B
2nd MB² - blood smeab

— Note: Ex1A rec. from BFI (K304) ; Kelly Belle on 11/16/05. Not examined.

*DNA Testing 1B cutting From The panties Revealed on This Date 8.29.05 Semen was NOT Found on The cutting From The panties 1B TO Be ran in codis Or To either Be compared To Martinez Buccal DNA swabb of his arrest This Is sufficient To prove Actual innocence The Forensic expert conclusion in This lab report Are Redacted by prosecutors TO Withold Exculpatory statements*

~~Conclusions:~~ ▮ ←

*prosecutors witheld expert conclusion MADE on his or her Finding Favorable evidence*

Repackaging: Orig w/ BET          Date: 5/29/05          Analyst: ▮

IL 493-0430

*Counsel of Trial failed To raise This report States attorney witheld The identity of The expert who MADE this report by Redacting experts Identity who can be used as A defense expert To prove Innocence*

ISP 8-76 (3/96)
2 ш



## ILLINOIS STATE POLICE
### Division of Forensic Services
### Forensic Sciences Command

LAB Case # _C05-23506_

Initials ▮

Date _8/29/05_

## YIELD GEL WORKSHEET

| Lane | Sample | Resolub. Volume (µL) | DNA (ng/4 µL) | DNA (ng/1 µL) |
|------|--------|------|------|------|
| | **Cathodal Origin** | | | |
| 1 | | | 125 | |
| 2 | λ DNA Dilution Series | | 63 | |
| 3 | | | 31 | |
| 4 | | | 15 | |
| 5 | | | 8 | |
| 6 | | | 4 | |
| 7 | 1B  F1 | 100 | <4 d | <1 d |
| 8 | 1B  F1  (1/10) | 50 | ND | ND |
| 9 | 1B  F2 | 50 | 28 | 7 |
| 10 | 1B  F3 | 50 | 4 | 1 |
| 11 | MBa | 50 | ND | ND |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| | **Middle Origin** | | | |
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |

- d = degraded
- ND = Not Detected
- 1/10 dilution made w/ 45µL TE and 5µL of sample (neat)

C05-23506 #1B F1, F1(1/10), F2, F3, MBa

8/29/05

ON 2-23-06 IN Nancy Wilder
knew indictment Nancy wilder did
NOT Tell The Grand Jury in
Indictment No. 06 cr 3231 That
ON 8-29-05 1B cutting From the
panties were very degraded
With NO DNA Semen at all
This Report Showed NO DNA
WAS detected From 1B cutting
From The panties That had
NO DNA Semen at all this
IS why Case No. 06 11040980
WAS dismissed Finding Martinez
Innocent.

Exhibit  exhibit

Prosecutor Mislead The Judge

Exhibit No: ☰                    22

Exhibit 1.

ex hi bit ☰

1   ejaculated quickly got dressed and fled

2   in an unknown vehicle.

3

4       The victim did report this

5   to the police and the police did take

6   underwear which had been belonged to the

7   victim which she had been wearing at the

8   time of this incident which she had put

9   back on after the incident in order to

10  walk home in her clothing.

11      The semen was tested by

12  the crime lab and put into the CODIS bank

    at that time.

13

14      In October of 2005, there

15  was a CODIS hit between the comparison of

16  the DNA submitted from the under pants of

17  the victim which matched the DNA of this

18  defendant which had been placed in the

19  DNA bank once this defendant was

20  convicted of a felony offense.

21      At that time, the

22  confirmatory tests were done with the

23  buccal swab which was recovered from the

24  defendant and did it in fact match this

    defendant.

*Handwritten left margin:* State's Attorney Testimony used to convict me

*Handwritten left margin:* Blood results were NOT presented By prosecutor. Exculpatory Value

*Handwritten right margin:* States attorney Knew The underwear in Exhibit 1D Was sent for a sex test and a. Seam in Brown in four in

STATES ATTORNEYS, PERJURED TESTIMONY USED TO SUPPORT
CONVICTION STATES ATTORNEY KNEW THAT THE DNA IN CODIS
WAS COMPARED WITH MARTINEZ BUCCAL SWABB POLICE OBTAIN
THROUGH ARREST IT SHOWED THE DNA IN CODIS LOGGED IN
MARTINEZ NAME IS ERRANT DNA IN CODIS

The ol...

Exhibit 2

Illinois State Police
Forensic Science Center at Chicago
1941 West Roosevelt Rd.
Chicago, IL 60608-1229
(312) 433-8000

To: __DETECTIVE STUART TALLEN__          __Association # 2356__

From: __DEBORA DEPCZYNSKI__

Fax: __312-744-5130__

Date: __10/25/2005__

Re: __CODIS Convicted Offender Association__

**This information is being provided for investigative purposes only. You should not make an arrest solely on the basis of this information.**

Note: An additional DNA standard (buccal swab or blood sample) from the convicted offender is necessary for confirmatory forensic analysis. Please complete an Evidence Submission Form and submit the standard to the CPD Division of Forensic Services. Once a standard has been submitted, a laboratory report with statistics will be forthcoming.

| | | | |
|---|---|---|---|
| Investigating Officer: | Det. Louis | Offender name: | Louis Martinez |
| Submitting Agency: | CPD UNIT 630 | DOB: | 7/26/1978 |
| RD/Agency Number: | HL310333 | SID#: | IL36686060 |
| Lab Case Number: | C05-023506 | IL IDOC#: | _____ |
| Victim(s) Name: | Molly Grierson | | |
| Suspect(s) Name: | N/A | | |
| Offense: | CSA | | |

Additional Information:     **Exhibit 1B (Inv# 10520806): Semen identified in stain from underwear.**

**If you have any questions or require additional information please contact Forensic Scientist and CODIS Administrator Kathleen Kozak at ext. 2065.**

I B Cutting From The underwear WAS proven in indictment NO. 06 11040980
After Testing NOT To have NO Semen at all This is Why Martinez
WAS Found innocent in indictment NO. 06 11040980 when court Found
LAB MADE This Fabricated Document That lead to My false
Arrest Geraldine D'SOUZA Then Re-used This Document in The
Second indictment 06 cr 3231.

State's attorney Suppressed
prior to the plea or on
the plea hearing This
Exculpatory Report That
would undermine confidence
in Martinez conviction

Exhibit '3

**ILLINOIS STATE POLICE**
Division of Forensic Services
Forensic Sciences Command

**LABORATORY WORKSHEET**

Date Examined: 8/29/05                    Case No.: C05-23506

Exhibit/Item: 1B ; cutting from underwear ←

Source/Date Received: BFI (K304) ; Kelly Bahle, 8/29/05

Description of Package: Com env. sld w/ BET

Description of Markings as Received: "C05-23506 Ex1B KNB 5/25/05" ; ISP staker w/ CID

Laboratory Marks: sly DI

Laboratory Examination:

- Open ME and obs one glassine paper packet w/ "C05-23506, Ex1B, ▇ 5/25/05"
  written on it. Paper packet ▇ contains one piece of yellow
  cloth approx. 3cm x 2cm. No apparent stains obs. ←

- Removed approx. ½ of yellow cloth for DNA analysis

- Placed ▇ remaining cloth into glassine paper and returned the
  packet to the Com env. and sld w/ BET

Extraction order :

1st  1B

2nd  MB² - spade swab

- Note : Ex 1A rec. from BFI (K304) ; Kelly Bahle
  on 11/16/05. Not examined.

Prosecutor Before The plea, or on the DAY
of The plea, Refused To turn over This
lab report suppressed That shows the
panties iN Exhibit 1B was tested For
Semen and This report shows the panties
had No semen at all To be Run iN
CODIS or To MATCH A DNA profile iN
CODIS. This Would had proven Martinez
Factual innocence if disclosed prior To the
plea, or before The plea

~~Conclusions:~~ ▇

Repackaging: ▇ w/BET                    Date: 8/29/05          Analyst: ▇

IL 493-0430                                                    ISP 6-76 (3/96)

Exhibit 4



## ILLINOIS STATE POLICE
Division of Forensic Services
Forensic Sciences Command

Case # C05-23506

Initials _____

Date 8/29/05

## YIELD GEL WORKSHEET

| Cathodal Origin | | | | |
|---|---|---|---|---|
| Lane | Sample | Resolub. Volume (µL) | DNA (ng / 4 µL) | DNA (ng / 1 µL) |
| 1 | λ DNA Dilution Series | | 125 | |
| 2 | | | 63 | |
| 3 | | | 31 | |
| 4 | | | 15 | |
| 5 | | | 8 | |
| 6 | | | 4 | |
| 7 | 1B  F1 | 100 | <4d | <1 d |
| 8 | 1B  F1  (1/10) | 50 | ND | ND |
| 9 | 1B  F2 | 50 | 28 | 7 |
| 10 | 1B  F3 | 50 | 4 | 1 |
| 11 | MBQ | 50 | ND | ND |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |

| Middle Origin | | | | |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |

- d = Signaled
- ND = Not Detected
- 1/10 dilution made w/ 45µL TE and 5µL of sample (next)



C05-23506 *1B F1, F1(1/10), F2, F3, MBQ

8/29/05

This laboratory worksheet was suppressed by prosecutor before the plea, and on the day of the plea that carried Brady's constitutional implications showing factual innocence that 1B-F1 contained no semen at all because this document shows if DNA ever existed on the panties in exhibit 1B-F1 it had degraded to no semen at all prosecutor never mentioned this before the plea or on the plea that DNA had degraded with no high molecular for DNA analysis to produce reliable results

Revision Date (12/00)

3

EXHIBIT 5

States attorney lie, AT sentencing,

23

State's record of attorney statement to support the conviction

1    After this CODIS hit, the
2    police officer did look at this defendant
3    and his description from police reports
4    and it closely matched the description
5    given by the victim in the case.
6            After that, this defendant
7    was placed under arrest and placed into a
8    lineup and that was done in January of
9    2006.
10           At that time, the victim
11   immediately identified this defendant
12   from the lineup of five individuals as
13   the individual who did attack and rape
14   her by stating "that's the guy. That's
15   it" immediately upon seeing this
16   defendant in the lineup.
17           As I said a buccal swab
18   was taken of this defendant after his
19   arrest and there was confirmatory testing
20   done. The DNA from this defendant did in
21   fact match the semen found in the
22   underpants of the victim.
23           So stipulated?
24       MR. PITLUK: So stipulated that

Exhibit 6

# ILLINOIS STATE POLICE
Division of Forensic Services
Forensic Science Center at Chicago
1941 West Roosevelt Road
Chicago, Illinois 60608-1229
(312) 433-8000 (Voice) * 1-(800) 255-3323 (TDD)

Rod R. Blagojevich
*Governor*

Larry G. Trent
*Director*

February 23, 2006
## LABORATORY REPORT

DETECTIVE E. LOUIS/ DETECTIVE C. REDMAN
CHICAGO POLICE DEPARTMENT UNIT 630
DETECTIVE DIVISION, AREA 3
2452 WEST BELMONT
CHICAGO IL 60618

Laboratory Case #C05-023506
RD #HL310333

OFFENSE:     Sexual Assault
SUSPECT:     Luis Martinez
VICTIM:      ████████████

The following evidence was received by the Forensic Science Center at Chicago on February 2, 2006:
**Inventory# 10683262**

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| 2 | Buccal standard: Luis Martinez |

## RESULTS
The following information pertains to Combined DNA Index System (CODIS) association# 2356.

DNA from Exhibit 2 was amplified using the Polymerase Chain Reaction (PCR) and profiled at the following loci: D3S1358, vWA, FGA, D8S1179, D21S11, D18S51, D5S818, D13S317, D7S820, D16S539, TH01, TPOX, CSF1PO and Amelogenin.

A human male DNA profile was identified in Exhibit 2 and compared to the human male DNA profile previously identified in Exhibit 1B (Stain from underwear: semen identified).

The human male DNA profile identified in Exhibit 1B matches the DNA profile of Luis Martinez. This profile would be expected to occur in approximately 1 in 12 quintillion Black, 1 in 520 quadrillion White or 1 in 77 quadrillion Hispanic unrelated individuals.

The human male DNA profile from Exhibit 1B has been included in the DNA Index and will continue to be compared to other profiles. You will be notified if a consistent profile is detected.

See the attached table for a summary of observed alleles.

## REQUESTS
For results of previous biological examinations, please refer to the laboratory reports by Forensic Scientist Christopher W. Webb and Forensic Scientist Kelly N. Behle from the Forensic Science Center at Chicago.

IN 2nd indictment 1Ab MAdE this False 1Ab Report Geraldine D'Souza
Used for The prosecution and conviction Of The Second indictment
Knowing 1B cutting from The panties contained No SeMeN

**ILLINOIS STATE POLICE**
Division of Forensic Services
Forensic Sciences Command

*Exhibit 7*

**LABORATORY WORKSHEET**

Date Examined: _5/29/05_                    Case No.: _C05-23506_

Exhibit/Item: 1B ; *Cutting from underwear*

Source/Date Received: BFI (K304) ; *Kelly Behle, 8/29/05*

Description of Package: *Com env. sld w/ BET*

Description of Markings as Received: *"C05-23506 Ex1B KNB 5/25/05" ; ISP sticker w/ CID*

Laboratory Marks: *My* DI

Laboratory Examination:

- *Open ME and obs one glassine paper packet w/ "C05-23506, Ex1B, ▮▮ 5/25/05" written on it. Paper packet contains one piece of yellow cloth approx. 3cm x 2cm. No apparent stains obs.*

- *Removed approx ½ of yellow cloth for DNA analysis*

- *Placed remaining cloth into glassine paper and returned the packet to the com env. and sld w/ BET*

Extraction order:
1st  1B
2nd  MB^a - buccal swab

- *Note: Ex1A rec. from BFI (K304) ; Kelly Behle on 11/16/05. Not examined.*

In the 2nd indictment Geraldine D'Souza failed to turn over in the discovery This Exculpatory Lab Report Not available at sentencing That show on 8-29-05 1B cutting From The panties used For Conviction had no semen at all after Testing on 8-29-05, To be compared To Martinez Buccal Swabb of arrest.

Conclusions. ▮

Repackaging: *Orig w/BET*          Date: _8/29/05_          Analyst: ▮

IL 493-0430

ISP 6-76 (3/96)
*orig*
*2 nw*

Exhibit 8



## ILLINOIS STATE POLICE
Division of Forensic Services
Forensic Sciences Command

Case # C05-23506

Initials ▮

Date 8/29/05

### YIELD GEL WORKSHEET

| Lane | Sample | Resolub. Volume (µL) | DNA (ng/4 µL) | DNA (ng/1 µL) |
|---|---|---|---|---|
| **Cathodal Origin** | | | | |
| 1 | | | 125 | |
| 2 | λ DNA Dilution Series | | 63 | |
| 3 | | | 31 | |
| 4 | | | 15 | |
| 5 | | | 8 | |
| 6 | | | 4 | |
| 7 | 1B  F1 | 100 | <4 d | <1 d |
| 8 | 1B  F1  (1/10) | 50 | ND | ND |
| 9 | 1B  F2 | 50 | 28 | 7 |
| 10 | 1B  F3 | 50 | 4 | 1 |
| 11 | MB? | 50 | ND | ND |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| **Middle Origin** | | | | |
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |

C05-23506  #1B F1, F1(½0), F2, F3, MB?

8/29/05

This laboratory worksheet was
Suppressed by prosecutor before
The plea, and on The DAY of the
plea, That carried Brady's
Constitutional implications showing
Factual innocence 1B. contained
No Semen Stains at all if
DNA ever existed it was very
Degraded with NO Semen DNA
AT ALL To be detected
Geraldine D'souza Never mention
This at trial That the
DNA hAd degraded with NO
high Molecular for DNA Analysis
To produce Reliable Results

- d = degraded
- ND = Not Detected

- 1/10 dilution made w/ 45µL TE and 5µL of sample (neat)

Revision Date (12/00)



3▮

Victim Told The Court only one Man
of lAB CASE No. C03-33953 left Semen on her panties

1  system with the underwear that they had. Sure enough
2  they had a hit. It was described as a hit on a hit
3  The sample that they got from the victim's underwear,
4  where she insisted no other man would have been able to
5  contribute DNA, showed it did match somebody already in
6  the data bank,
7         I would note that the state believes that
8  they write down on a form letter not authored by the
9  witness here. A form letter this is an important
10  step. They would prefer to have confirmatory testing
11  done as well, not because they have any issues or
12  concerns about the integrity of it but they had some
13  chain of custody issue to go to court for trial which
14  would obviously be advisable on their part.
15         This is not as trial. This is a probable
16  cause hearing, and what's based on this Court is what's
17  in the police officer's mind and what would be
18  reasonable under all circumstances in this case.
19         The fact is that they had a match. They
20  thought that they needed to act upon this match. They
21  needed to locate the offender.
22         I won't say disingenuous. I have no issues
23  whatsoever about Mr. Paul and Ms. Binstock in the
24  representation of Mr. Martinez. I'm saying on the one

I was to give DNA at trial   K 65
But My Trial lawyer was
ineffective for Not going to trial
Court Did Not Do this testing prior To the plea.

exhibit

Exhibit 10

C03-33953

1 of 1

# Report of Laboratory Examination

8/10/2004

US DOF
Cellmark

Cellmark Case Number: IB04-4152

Agency Case No: C03-033953

Table 1: (Sample Profiles)

| Sample Name | D3S1358 | vWA | FGA | D8S1179 | D21S11 | D18S51 | D5S818 | D13S317 | D7S820 | D16S539 | TH01 | TPOX | CSF1PO | AMEL. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Swab driver's seat IB04-4152-01 C03033953IA CODIS | | | | | | | | | | | | | | |

It may not be possible to determine whether DNA from a female is present when DNA from a male is detected.

The results listed in the table do not depict intensity differences.

Weak or ambiguous results may have been observed that were due to the presence of DNA from more than one individual or to technical artifacts; these additional results were not interpreted.

Minor sources of DNA in samples with mixtures may not be detectable at all loci.

CODIS – This sample is reported in a CODIS CMF file.

The court found no other man but this offender to lab case number C03-33953 was the only person who contributed DNA semen on the victim's panties as the victim insisted that only one man left semen on her panties this offender prosecutors withheld the real offender identity. The court found the semen left on the panties showed it did MATCH this person already in the CODIS DNA data bank See Record K 65

12



Summary of DNA Analytical Results

## C05-023506

### Exhibit Attachment - 1

| | Sub 1B-F1 Stain from underwear (semen identified) | Sub 1B-F2 Stain from underwear (semen identified) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D3S1358 | 14,16,17,18 | 14,16 | | | | | | | | | | | |
| vWA | 14,16,17 | 16,17 | | | | | | | | | | | |
| FGA | 20,22,24 | 22 | | | | | | | | | | | |
| Amelogenin | X,Y | X,Y | | | | | | | | | | | |
| D8S1179 | 10,12,13,16 | 12,16 | | | | | | | | | | | |
| D21S11 | 28,29,30.2,32.2 | 28,30.2 | | | | | | | | | | | |
| D18S51 | 12,14 | 12,14 | | | | | | | | | | | |
| D5S818 | 11,12,13 | 12 | | | | | | | | | | | |
| D13S317 | 9,11,12 | 9,11 | | | | | | | | | | | |
| D7S820 | 7,11,12 | 11,12 | | | | | | | | | | | |
| D16S539 | 10,11,12 | 10,12 | | | | | | | | | | | |
| TH01 | 7,9 | 7,9 | | | | | | | | | | | |
| TPOX | 8,11,12 | 11,12 | | | | | | | | | | | |
| CSF1PO | 11,12 | 11,12 | | | | | | | | | | | |

VT = Not Tested    ND = Not Detected
This is a summary of the observed alleles only. Interpretations are made according to established guidelines.

Exhibit 11).

Panties in 1B-F1 in the begining only had DNA of one man semen the
DNA evidence of a semen stain on the victim's
panties Sub 1B-F1 belong to an offender with
Alleles 17,18 D3S1358, vWA Allele 14, FGA Allele 20,24
D8S1179 Allele 10,13 D21S11 Allele 29,32.2.2 D18S51 Allele 12,14
D5S818 Allele 11,13 D13S317 Allele 12, D7S820 Allele 7, D16S539
Allele 11, Tho1 Allele 7,9 Tpox Allele 8, CSF1PO Allele 11,12
The sample that they got from the victim's underwear where
She insisted no other man's would have been able to contribute
DNA, Showed it did match somebody DNA already in the data
bank only one man with These alleles. Before the lab carelessly
Added Martinez Buccal State Swabb already at the lab Martinez
DNA Saliva was transfered on 1B-F1 on the evidentiary sample
1B-F1 Then 1B-F2 was created incriminating Martinez

RD# HL3.10333   Inv#10520806

Exhibit
Exhibit

**ILLINOIS STATE POLICE**
Division of Forensic Services
Forensic Sciences Command

Exhibit
12

4°C

**LABORATORY WORKSHEET**

Date Examined: __5/25/05__      Case No.: __C05-23506__

Exhibit/Item: Ex.1 Yellow underwear

Source/Date Received: Richard Esposito (BF1BBNA) /5/25/05

Description of Package: Clear evidence envelope which is heat sealed

Description of Markings as Received: CPD Inventory Sticker

Laboratory Marks: CIDI

Laboratory Examination:

Clear bag contained a bpb sld w/ cet which contained a clear ziploc-like bag which
contained a yellow pair of underwear.

Yellow pair of lacy underwear. Manufacturer's tag reads "Hanky Panky One Size".

Damage to construction noted: Waist band torn in right hip area.

Several RBS in front and back of underwear.

Taped for apparent hairs, fibers, and debris. → yellow env sld w/ bet → orig. pkg w/ evidence

Examined w/ ALS at 450nm. Three stains observed w/ ALS: Q1, Q2, and Q3.

| 5/25/05 | KM | AP | KPIC | Size of Stain |
|---|---|---|---|---|
| | POS | +4 | KN3 | KN3 |
| POS | Neg | Neg | | |
| Neg | | | | |
| Q1A1 | | Neg | KN3 | KN3 |
| Q1A2 | | +2 | +1 } Approved by Dan | 2.5cm x 1.5cm |
| Q2 | KN3 | +4 | +3 } Gandor 5/25/05 | 3cm x 2cm |
| Q3 | | Neg | KN3 | KN3 |
| Q4 | POS | KN3 | CONFIRMED Dug 525-05 | 2cm x 1cm |

KPIC slide → slide mailer sld w/ bet → orig pkg w/ evidence
Subexhibited Q1A2 as 1A → gpp → coin env sld w/ bet → BF1 K-304
Subexhibited Q2 as 1B → gpp → coin env sld w/ bet → BF1 K-304
Removed whole stain for DNA analysis.

Conclusions: Semen identified.
Item taped for apparent hairs, fibers, and debris.

Confrontation clause violated
when analyst identity withheld
redacted To cross-examine

Repackaging: Orig pkg sld w/ bet      Date: 5/25/05      Analyst: ▮▮▮

5/25/05 Re-opened to insert slide mailer in pkg w/ evidence.
sld w/ bet.

ISP 6-76 (3/96)

IL 493-0430

5/25/05 Ziploc Bag Was Re-open by A UNKNOWN person
After Bag Was sealed by Analyst Redacted An Unknown ▮▮▮
Person Re-open it changed The panties here destroyed And re-placed

Front-Outside NTS   Q4
torn   D > RBS

Back-Outside NTS
0 } RBS

Inside-Crotch NTS
Back
Q1A2   Q1   A1
Front

Outside-Crotch NTS
Back
Front
Stain Q2 Subexhibited AS 1B 1BF1

ENTERED IN CODIS BECAUSE DNA... NEVER SUBMITTED TO CODIS

EXHIBIT A.

Exhibit 13

1  standard from Mr. Martinez?

2  A.  August 24, 2004.

3  Q  And the date that the fingerprint is affixed

4  to this piece of paper is what?

5  A  August 24, 2004.

6  Q  When you took this buccal swab, you also made

7  him fill out the form of the form.  When you took the

8  buccal swab, you filled out the rest of the form?

9  A  Yes.

10  Q  You indicated race of the person was Hispanic

11  and not Black?

12  A  Yes.

13  Q  Did you look at Mr. Martinez at that time?

14  A  Yes.

15  Q  Did he look Black to you?

16  A  No.

17  Q  In addition to filling out this form with

18  respect to collecting the buccal swab, did you also

19  review other identifiers regarding tatoos of this

20  probationer?

21  A  No.

22  MS. BINSTOCK:  Nothing further.

23  MS. D'SOUZA:  Nothing further.

24  (Witness was excused.)

*Handwritten note:* Martinez State Swabb MBQ Given Aug. 24, 2004 Probation officer placed case No. C03-33953 and Martinez identity on Martinez DNA sent to the lab.

*Handwritten note (bottom):* 2004 K 60 will prove mr martinez innocent today because mr martinez never had dna in codis/ or put in codis, to match any dna in this s case

Exhibit 14

**ILLINOIS STATE POLICE**
Division of Forensic Services
Forensic Sciences Command

lab case number of
The real offender
who Matches The
DNA in lab case number
COS-23506

**LABORATORY WORKSHEET**

Date Examined: _8·16·05_                    Case No.: _CO3-33953_

Exhibit/Item: 2 ¡ Buccal swab standard from ▮▮▮▮▮        SAMples FROZEN
                                                         For DNA Testing
Source/Date Received: 8·16·05 from DAY                   preserved.

Description of Package: Man. env. sld w/ clean and R/WET

Description of Markings as Received: CPD and calms stickers

Laboratory Marks: D I on env.

Laboratory Examination:

Inside man env. contains another man. env. closed with "Kit shipping seal",
not initialed. Second man env. contains buccal swab collection Kit env. sld w/
RET. Kit env. contains PLB w/ subject information card. Swab env.
sld w/ RET attached to subject information card. Consent to collect form →▮▮▮▮
                                                                    file
Swab env. contains 2 swabs stained yellowish

- 2 swab tips broken off and placed into PLB → sm. man. env.
                                                sld w/ BET 8·16·05 ▮▮▮▮
                                                sub exhibited
                                                swab tips as
                                                Ex. 2 A → Loc DB1
                                                         (05-546)
                                                         8·16·05 ▮▮▮▮

proof lAb received Martinez DNA buccal swabb Martinez
had given his probation officer on August 24, 2004 lAb received
Martinez dna under case No. CO3-33953 another Man's theft
CASE The Real offender who left semen on the victim panties
in exhibit 1B·F1

**ILLINOIS STATE POLICE**
Division of Forensic Services
Forensic Sciences Command

Exhibit 15

**LABORATORY WORKSHEET**

Date Examined: _5/29/05_

Case No.: _C05-23506_

Exhibit/Item: 1B ; Cutting from underwear

Source/Date Received: BFI (K304) ; Kelly Bahle, 8/29/05

Description of Package: Com env. sld w/ BET

Description of Markings as Received: "C05-23506 Ex1B KNB 5/25/05" ; ISP sticker w/ CID

Laboratory Marks: My DI

Laboratory Examination:

— Open ME and obs one glassine paper packet w/ "C05-23506, Ex1B, ███, 5/25/05" written on it. Paper packet contains one piece of yellow cloth approx. 3cm x 2cm. No apparent stains obs.

— Removed approx ½ of yellow cloth for DNA analysis

— Placed remaining cloth into glassine paper and returned the packet to the Com env. and sld w/ BET

Extraction order: ←

once Martinez Saliva was placed on Sub1B-F1 w/ semen of Reas offender Martinez DNA was ordered to be Extracted

1st 1B
2nd MB² - side swab

Note: Ex1A rec. from BFI (K304) ; Kelly Bahle on 11/16/05. Not examined.

The buccal DNA swabb given August 24, 2004 Martinez buccal DNA swabb was already at the lab with 1B-F1 with the DNA semen identified on the panties of The only offender who left semen offender to case number C03-33953 Because Martinez buccal saliva was with The evidentiary sample packaged together lab Purposely Transfer Martinez saliva on the semen on the panties Sub1B-F1 To Frame Martinez Then incriminated

Conclusions: ███

Repackaging: Org w/ BET

Date: 8/29/05

Analyst: ███

IL 493-0430

ISP 6-76 (3/96)

DNA
2 nw

Exhibit 16

LAB Error
Procedures are
Infalliable

## ILLINOIS STATE POLICE
Division of Forensic Services
Forensic Sciences Command

### LABORATORY WORKSHEET

Date Examined: __12/22/05__

Case No.: __C05- 23506__

Exhibit/Item: __1B__

DNA extract from Exhibit __1B__ subexhibited as __1B1__

Source/Date Received:

Description of Package:

DNA extract from Exhibit _____ subexhibited as _____

Description of Markings as Received:

DNA extract from Exhibit _____ subexhibited as _____

Laboratory Marks:

DNA extract from Exhibit _____ subexhibited as _____

Laboratory Examination:

DNA extract from Exhibit _____ subexhibited as _____

~~* Cuttings of each exhibit saved and packaged with dried down DNA extract~~ ■ 4/5/06

DNA dried down on __12/22/05__

| Order | Sample | ~ Remaining Volume (µl) | ~ Time Dried Down (min) |
|---|---|---|---|
| 1 | 1B1 F1 | ~~55~~ | 45 |
| 1 | 1B1 F2 | 41 | 45 |
| 1 | 1B1 F3 | 41 | 45 |
| 2 | MB Q | 26 | 30 |

~~UMB~~ packaged with Exhibit __1B1__ ←
MBQ state swabb

|  | Discarded | Saved | N/A |
|---|---|---|---|
| Cutting from ~~UMB~~ | ✓ | | |
| Dilutions | ✓ | | |
| Standards | | | ✓ |
| SMB | | | ✓ |

~~Conclusions:~~ eu

proof Martinez DNA buccal state
swabb was packaged together
with 1B-F1 semen from the
Real offender from lab case
No. C03-33953 who was the
only male who left semen on
The panties in exhibit 1B-F1
lab carelessly on purpose transfer
My state saliva swabb on the
panties sub 1B-F1 so my alleles
could appear on sub 1B-F1 were
my saliva was extracted.

Repackaging: _____ Date: __12/22/05__ Analyst: _____
All SMEs from extracted DNA and
IL 493-0430 pour ex. 1B and 1A →
med me (conc. pkg) (notdd)

ISP 6-76 (3/96)
2A



Exhibit 17

Multiple
Unreported offenders
For Sample in Exhibit IB-F1

Case: 1:17-cv-01003 Document #: 1 Filed: 02/06/17 Page 53 of 65 PageID #:53



Exhibit 19

Summary of DNA Analytical Results

C05-023506

Exhibit Attachment - 1

| | Exb 2 Buccal standard: Luis Martinez | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D3S1358 | 14,16 | | | | | | | | | | |
| vWA | 16,17 | | | | | | | | | | |
| FGA | 22 | | | | | | | | | | |
| Amelogenin | X,Y | | | | | | | | | | |
| D8S1179 | 12,16 | | | | | | | | | | |
| D21S11 | 28,30.2 | | | | | | | | | | |
| D18S51 | 12,14 | | | | | | | | | | |
| D5S818 | 12 | | | | | | | | | | |
| D13S317 | 9,11 | | | | | | | | | | |
| D7S820 | 11,12 | | | | | | | | | | |
| D16S539 | 10,12 | | | | | | | | | | |
| TH01 | 7,9 | | | | | | | | | | |
| TPOX | 11,12 | | | | | | | | | | |
| CSF1PO | 11,12 | | | | | | | | | | |

NT = Not Tested    ND = Not Detected
This is a summary of the observed alleles only. Interpretations are made according to established guidelines.

Martinez MBQ Buccal saliva state swabb results
That were at the lab w/ 1B-F1 semen on the panties
packaged together lab on purpose placed Martinez
Saliva Alleles on the semen in exhibit sub-1B-F1
of the Real offender so Martinez DNA Saliva Alleles
could Appear on 1B-F2 1B-F1 misinterpreted as
Semen when in fact is Saliva Alleles Martinez
Saliva was placed on A pair of panties not being
The pair seized on May 12, 2005 victim worn during
The rape that had semen of someonelse Martinez saliva
was placed on the panties of April 22, 2005 not the
original pair of panties sub exhibited As 1B-F2 Martinez
Saliva misinterpreted as semen

Exhibit 19

EXHIBIT 20

Machnez Saliva was put on these panties not original pair
These panties are Sub 18 F2 Saliva misinterpreted as Semen

CO5-23506

**PROPERTY INVENTORY – NO.**
**CHICAGO POLICE DEPARTMENT**
CPD-34.523 (REV. 603)

INV NO 10520806

| DATE RECOVERED | PKG NO 514362 | RD | HL310333 | RE-INVENTORY OF: | UNIT 377 | INVENTORY NO. 10520806 |

22-APR-2005

| ITEM ID | QUANTITY | DESCRIPTION OF PROPERTY |
|---|---|---|
| 940912 | 1 | CLOTHING / FUR : ONE PAIR OF WOMANS UNDERWEAR |

**COPY**

MY SIGNATURE HEREON ACKNOWLEDGES RECEIVING ALL PROPERTY DESCRIBED IN THIS INVENTORY

RECIPIENTS SIGNATURE
X

ADDRESS – STREET

CITY          STATE          ZIP

DATE RECEIVED

OFFICER'S SIGNATURE –   STAR - UNIT
X

WATCH COMDR'S APPROVAL SIGNATURE
(EXEMPT RANK REQUIRED FOR FIREARMS)
X

COURT ORDER – DISPOSAL INSTRUCTIONS

**COMMENTS:** EVENT# 0511200228
CSA
VICTIM: GRIESON, MOLLY F/219
TO: DNA

Court Date
Court Branch

CURRENCY:

$ **TOTAL CASH U.S.C**

**EVIDENCE & RECOVERED PROPERTY SECTION USE ONLY**

| IUCR: 0281 | CRIM SEXUAL ASSAULT NON-AGGRAVATED | CHARGE TYPE: |
| STATE CHARGES: | | INCH/DATE: |

RECOVERED/SEIZED FROM – NAME
☐ DECEASED  ☐ ARRESTED

OWNER'S NAME

AT                                    BEAT OF RECOVERY 1812

ADDRESS          TELEPHONE NO.

FOUND BY – NAME          ADDRESS          TELEPHONE NO.
☐ CHECK IF
C.P.D.

| ☒ HOLD FOR INVESTIGATION AND/OR EVIDENCE (IF NOT NEEDED FOR INVESTIGATION/EVIDENCE, LEAVE BLANK) | INVESTIGATING OFFICER – GRANT, DAVID | STAR NO. 5284 | UNIT 377 | 1st OFFICER'S NAME GRANT, DAVID | STAR NO. 5284 |
| | | | | SIGNATURE Electronic Approval | UNIT 377 |
| ☐ PROPERTY OWNER PICK-UP PURSUANT TO NOTICE OF INVENTORY RETURN POLICY | | | | 2nd OFFICER'S NAME | STAR NO |
| ☐ TO BE DISPOSED OF BY CUSTODIAN (NOT TO BE RETURNED) (THIS APPLIES IF PROPERTY IS NOT EVIDENCE, NOT RETURNABLE AND/OR OWNER IS UNKNOWN) | | | | SIGNATURE Electronic Approval | UNIT |

SEE COPY 1 FOR NOTICE TO FINGER

| INITIAL DESTINATION OF PROPERTY: FORENSIC SERVICES SECTION | APPROVING DESK SERGEANT HOLZINGER, NORBERT | STAR NO. 2215 | DATE 22-APR-2005 | TIME 0310 |
| /JA ☒ POLICE MAIL  ☐ RECOVERING UNIT PERSONNEL ☐ E & RPS PICKUP  ☐ EVID./LAB TECHNICIAN | | JUDGE | | CT.BR. |

OFFICER'S SIGNATURE –   STAR          UNIT
X

E. & R P.S USE ONLY

PCN432          **COPY 1 – KEEP WITH PROPERTY**

Printed by: PC0N956   22-APR-2005 03.10

Original pair of panties recovered May 12, 05 exhibit 23

4

Exhibit 21

## Summary of DNA Analytical Results
### C05-023506
### Exhibit Attachment - 1

| | Sub 1B-F1 Stain from underwear (semen identified) | Sub 1B-F2 Stain from underwear (semen identified) | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3S1358 | 14,16,17,18 | 14,16 | | | | | | |
| WA | 14,16,17 | 16,17 | | | | | | |
| GA | 20,22,24 | 22 | | | | | | |
| melogenin | X,Y | X,Y | | | | | | |
| 8S1179 | 10,12,13,16 | 12,16 | | | | | | |
| 21S11 | 28,29,30.2,32.2 | 28,30.2 | | | | | | |
| 18S51 | 12,14 | 12,14 | | | | | | |
| 5S818 | 11,12,13 | 12 | | | | | | |
| 13S317 | 9,11,12 | 9,11 | | | | | | |
| 7S820 | 7,11,12 | 11,12 | | | | | | |
| 16S539 | 10,11,12 | 10,12 | | | | | | |
| H01 | 7,9 | 7,9 | | | | | | |
| POX | 8,11,12 | 11,12 | | | | | | |
| SFIPO | 11,12 | 11,12 | | | | | | |

T = Not Tested    ND = Not Detected

his is a summary of the observed allelis only. Interpretations are made according to established guidelines.

Martinez Saliva was put on purpose by the
lab on the pair of panties of April 22,05
in exhibit 20 panties that are not the original
pair of panties seized victim worn during the
rape seized may 12, 2005 in exhibit 23 the
panties in exhibit 20, Are sub 1B-F2 panties here
with Martinez saliva misinterpreted as semen
used to convict Martinez,

24

C05-23506

08/15/06 13:03          Custody History for ISP Case # C05-023506

                                                                    Page 1

| Exh. | Name | Cust. Beg. | Cust. End | Evd. Desc. |
|------|------|-----------|----------|------------|
| 1 | Alexandra Mikos | 05-16-2005 | 05-25-2005 | 1-ONE PAIR OF WOMANS UNDE |
| 1 | Richard Esposito | 05-25-2005 | 05-25-2005 | |
| 1 | Kelly N. Behle | 05-25-2005 | 05-25-2005 | |
| 1 | Alexandra Mikos | 05-25-2005 | 05-26-2005 | |
| 1 | Returned | 05-26-2005 | Current | |
| 1A | Kelly N. Behle | 05-25-2005 | 11-16-2005 | Q1A2 - Stain from inside |
| 1A | Christopher W. Webb | 11-16-2005 | 01-17-2006 | |
| 1A | David Yokley | 01-17-2006 | 01-24-2006 | |
| 1A | Returned | 01-24-2006 | Current | |
| 1B | Kelly N. Behle | 05-25-2005 | 08-29-2005 | Q2 - Stain from crotch of |
| 1B | Christopher W. Webb | 08-29-2005 | 01-17-2006 | |
| 1B | David Yokley | 01-17-2006 | 01-24-2006 | |
| 1B | Returned | 01-24-2006 | Current | |
| 1B1 | Christopher W. Webb | 12-22-2005 | 01-17-2006 | Extracted DNA |
| 1B1 | David Yokley | 01-17-2006 | 01-24-2006 | |
| 1B1 | Returned | 01-24-2006 | Current | |
| 2 | David Yokley | 02-02-2006 | 02-13-2006 | 1-BUCCAL SWAB COLLECTION |
| 2 | Kelly Ashton Hand | 02-13-2006 | 02-27-2006 | |
| 2 | Alexandra Mikos | 02-27-2006 | 03-10-2006 | |
| 2 | David Yokley | 03-10-2006 | 03-10-2006 | |
| 2 | Returned | 03-10-2006 | Current | |

Alexandra Mikos An unknown
person not identified in The
discovery after The original pair
of panties were Sealed on 5-25-05
Alexandra Mikos Re-opened The bAG
After closed To Alter the panties
Till 5-26-05 See exhibit
12, BAG Re-open by MS. Mikos

A DNA Chain of Custody Does Not Exist For pair of panties
Exhibit Sub 1B-F2 introduced by Geraldine D'Souza prosecutor
Against Martinez at Trial prosecutor Geraldine D'Souza Knew That
In New indictment 06 cr 3231 The pair of panties in Sub 1B-F2
Introduced at Trial were Not The original pair of panties Seized
on May 12, 2005 victim worn During The incident if Ever occured
Geraldine D'Souza Knew on 5-25-05 Alexandra Mikos A unknown
person RE-open The heat Sealed bAG by Slicing it open in The middle
Removing The panties of Exhibit 1B original pair collected May 12, 05 Then
placing another pair of panties with Martinez Saliva Swabb Sample police
Then written A Fake inventory Property Sheet That victim panties were
Seized April 22, 2005 Then Geraldine D'Souza Misinterpreted Martinez Saliva
AS Semen

Exhibit
23

COS-23506

# ILLINOIS STATE POLICE
## DIVISION OF FORENSIC SERVICES* FORENSIC SCIENCES COMMAND*FSC-C
### EVIDENCE SUBMISSION FORM FOR CHICAGO POLICE DEPARTMENT

ISP CASE#   PAGE   OF

| RD#: | HL310333 | OFFENSE: | 19 Apr. 2005 | SUBMITTING OFF./DET.: |
|---|---|---|---|---|
| | | DATE OF OFFENSE: | | Det. E. LOUIS / Det. C. REDMAN |
| VICTIM(S): | | VICTIM IR/SID#'S: | | CONTACT OFF./DET.: |
| #1 | | #1 | | Det. LOUIS / Det. REDMAN |
| #2 | | #2 | | PHONE#: 312-7448262 |
| #3 | | #3 | | PAGER#: |
| SUSPECT(S): | | SUSPECT IR/SID#'S: | | |
| #1 | | #1 | | DISTRICT/AREA: Area Three |
| #2 | | #2 | | DET'S WORK HOURS: 4:40 PM - 01:00 AM |
| #3 | | #3 | | DATE: 12 May. 2005 |

INSTRUCTIONS:
*PLEASE LIST ALL INVENTORIES AND LINE ITEMS SEPARATELY
*PLEASE SPECIFY WHICH SECTION(S) EACH ITEM SHOULD GO TO

** INCLUDE ALL CRIME SCENE PROCESSING AND CASE REPORTS **
** FAX THIS SIDE OF THE FORM ONLY TO FSD AT (312)746-6748 **

| INVENTORY/ LINE ITEM | ITEM DESCRIPTION | SPECIFIC REQUEST FOR ANALYSIS | BOX TYPE *FSD ONLY* |
|---|---|---|---|
| 10520806 | one pair womans underwear | Check for presence of (Semen) DNA   19 Apr H | BBCx |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

PLEASE INCLUDE A BRIEF CASE SUMMARY:

The victim was attacked on the street, taken to a secondary location nearby and sexually assaulted (raped). The victim went home took off clothes and showered. Victim reported the incident the next evening after talking to friends. There is no rape kit or other evidence from hospital, no examination was done.

Please check underwear for any presence of (Semen) DNA. If any found please, submit for CODIS.

*IF MORE SPACE IS NEEDED PLEASE USE THE CONTINUATION TO THIS FORM

ISP 6-434 (09/02)

favorable evidence Redacted

Note: ON May 12, 2005 panties were found
And Ask To be checked For semen for
The First time. iN New indictment 06cr3231
Nancy wilder lied To Grand Jury saying panties were found same day.

EXHIBIT
24

**ILLINOIS STATE POLICE**
Division of Forensic Services
Forensic Sciences Command

Case # C03-33953
C05-23506

Initials ▨

Date 8/30/05

**AMPLIFICATION WORKSHEET**
ABI 9700 Thermal Cycler

Associated RD case
lab numbers

Each amplification set (different date and/or time of set up) requires its own worksheet.
Mark column(s) for kit(s) used with check mark or tube color.

| Sample | Amp Tube # | PP tube color | CO tube color | Slot Blot (ng/µL) | Dil'n for Amp | Amount of DNA (µL) | Amount of H₂O (µL) | Estimated Amount of DNA (ng) |
|---|---|---|---|---|---|---|---|---|
| C05-23506 #1B F1 | 1 | Blue | Red | 1.33 | ▨ | 1.3 | 18.7 | 1.7 |
| C05-23506 #1B F2 | 2 | Blue | Red | 2.13 (#4) | 1/100 | 8.5 | 11.5 | 1.8 |
| C05-23506 MB⁰ | 3 | Blue | ▨ | ND | ▨ | 10 | 10 | 0 |
| C03-33953 #2A | 4 | Blue | Red | .39 (1/100) | ▨ | 4.6 | 15.4 | 1.8 |
| C03-33953 MB⁵ | 5 | Blue | ▨ | ND | ▨ | 20 | 0 | 0 |
| Pos Ctrl | (+) | Blue | Red | | ▨ | 20 | 0 | 2.0 |
| Neg Ctrl | (-) | Blue | Red | | | 0 | 20 | 0 |
| | | | | | | | | ▨ |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

ND = Not Detected
* 1/100 dilution made w/ 45µL TE and 5µL #1B F2 (1/10)

Martinez lab case number C05-23506 Became Associated with lab
case NO. C03-33953 Because Martinez State DNA Swabb Taken Aug
24, 2005 was already at The state lab on 8-16-05 with The
Swabb of Buccal DNA of Offender To lab case NO. C03-33953 Both
DNA swabbs Been placed on The panties in exhibit 1B-F1 W/ semen
Of The real offender To lab case NO. C03-33953

Revision Date (01/04)



8

## Summary of DNA Analytical Results

### C05-023506

### Exhibit Attachment - 1

| | Sub 1B-F1 Stain from underwear (semen identified) | Sub 1B-F2 Stain from underwear (semen identified) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| D3S1358 | 14,16,17,18 | 14,16 | | | | | | | | |
| vWA | 14,16,17 | 16,17 | | | | | | | | |
| FGA | 20,22,24 | 22 | | | | | | | | |
| Amelogenin | X,Y | X,Y | | | | | | | | |
| D8S1179 | 10,12,13,16 | 12,16 | | | | | | | | |
| D21S11 | 28,29,30.2,32.2 | 28,30.2 | | | | | | | | |
| D18S51 | 12,14 | 12,14 | | | | | | | | |
| D5S818 | 11,12,13 | 12 | | | | | | | | |
| D13S317 | 9,11,12 | 9,11 | | | | | | | | |
| D7S820 | 7,11,12 | 11,12 | | | | | | | | |
| D16S539 | 10,11,12 | 10,12 | | | | | | | | |
| TH01 | 7,9 | 7,9 | | | | | | | | |
| TPOX | 8,11,12 | 11,12 | | | | | | | | |
| CSF1PO | 11,12 | 11,12 | | | | | | | | |

NT = Not Tested    ND = Not Detected
This is a summary of the observed alleles only. Interpretations are made according to established guidelines.

In Sub 1B-F1 victim said to the court she was only raped by one man
In Lab case No. C05-23506 The court noted in Record K65 The semen sample
They got of The victim panties matched the DNA alleles of only one man
were she insisted no other man would had been able to contribute DNA Semen
But offender with Amelogenin XY male profile here D3S1358 17, VWA 14, FGA 20,24
D8S1179 10,13 D21S11 29,32.2 D18S51 12,14 D5S818 11,13 D13S317 12, D7S820 7,9
D16S539 11, TH01 7,9 TPOX 8, CSF1PO 11,12 Alleles Here are of the Real
offender in violation of Brady prosecutor Geraldine D'Souza won't run The Real
offender Alleles in The DNA Database to identify The real offender and in
violation of Brady Geraldine D'Souza won't identify The real offender for post-
conviction proceeding innocece claim To continue a malicious prosecution and
Geraldine D'Souza and the state court Judge won't Re-open my case and won't
let me identify this real offender and won't let me presented These claims

:\Documents and Settings\Administrator\Desktop\Analyst Folders\Chris\C03-33953_C05-23506.sgd
125420423    User  Tuesday, August 30, 2005 09:47:03 AM B=10607 W=1515 G=1.00 I=45m:00s

C03-33953
C05-23506

8/30/05

Exhibit 26

Slot Blot Image

Martinez lab case No.
COS-23506 Became
Associated w/ Real
Offender case lab case
No. C03-33953 Because
Martinez Saliva was put
on panties of April 22, 05
Not original pair of panties
Mis interpreted as semen

5



**ILLINOIS STATE POLICE**
Division of Forensic Services
Forensic Sciences Command

**STR Summary Worksheet**

Case _C05-23506_

Initials ████

Date _10/31/05_

Postive Control (s)   Verified ☑
Negative Control (s)   Verified ☑
Blank (s)   Verified ☑

Exhibit 27

| Locus | SAMPLE | | | | | |
|---|---|---|---|---|---|---|
| | 1B _F1: Underwear_ observed Alleles | 1B F1: Underwear Assumed F2 male profile | 1B _F1: Underwear_ Deduced female profile | 1B _F2:_ Underwear | | |
| D3S1358 | 14,16,17,18 | 14,16 | 17,18 | 14,16 | | |
| vWA | 14,16,17 | 16,17 | 14,16 | 16,17 | | |
| FGA | 20,22,24 | 22,22 | 20,24 | 22,22 | | |
| Amelogenin | X Y | X Y | X X | X, Y | | |
| D8S1179 | 10,12,13,16 | 12,16 | 10,13 | 12,16 | | |
| D21S11 | 28,29,30.2,32.2 | 28,30.2 | 29,32.2 | 28,30.2 | | |
| D18S51 | 12,14 | 12,14 | 12,14 | 12,14 | | |
| D5S818 | 11,12,13 | 12,12 | 11,13 | 12,12 | | ■ |
| D13S317 | 9,11,12 | 9,11 | 12,12 | 9,11 | | |
| D7S820 | 7,11,12 | 11,12 | 7,11 | 11,12 | | |
| D16S539 | 10,11,12 | 10,12 | 11,12 | 10,12 | | |
| TH01 | 7,9 | 7,9 | 7,7. | 7,9 | | |
| TPOX | 8,11,12 | 11,12 | 8,12 | 11,12 | | |
| CSF1PO | 11,12 | 11,12 | 11,12 | 11,12 | | |

The DNA crime lAb lied in this report by saying These Alleles
X X chromosomes here Belong To the Female DNA profile left
oN The panties in exhibit 1B Exhibit 28 proves that
These Alleles Misinterpreted falsely as A Female profile
Are Actually Amelogenin Xy Male profile of the Real
offender identified in exhibit 28 semen left by A Male
in Sub-1BF1 with These Alleles Misinterpreted as
The victim's Alleles                                27 32

ISP 6-589 (7/05)

Exhibit 28

## Summary of DNA Analytical Results

### C05-023506

### Exhibit Attachment - 1

| | Sub 1B-F1 Stain from underwear (semen identified) | Sub 1B-F2 Stain from underwear (semen identified) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3S1358 | 14,16,17,18 | 14,16 | | | | | | | | | |
| WA | 14,16,17 | 16,17 | | | | | | | | | |
| GA | 20,22,24 | 22 | | | | | | | | | |
| melogenin | X,Y | X,Y | | | | | | | | | |
| 8S1179 | 10,12,13,16 | 12,16 | | | | | | | | | |
| 21S11 | 28,29,30.2,32.2,32.2 | 28,30.2 | | | | | | | | | |
| 18S51 | 12,14 | 12,14 | | | | | | | | | |
| 5S818 | 11,12,13 | 12 | | | | | | | | | |
| 13S317 | 9,11,12 | 9,11 | | | | | | | | | |
| 7S820 | 7,11,12 | 11,12 | | | | | | | | | |
| 16S539 | 10,11,12 | 10,12 | | | | | | | | | |
| HO1 | 7,9 | 7,9 | | | | | | | | | |
| POX | 8,11,12 | 11,12 | | | | | | | | | |
| SF1PO | 11,12 | 11,12 | | | | | | | | | |

T = Not Tested    ND = Not Detected

is is a summary of the observed alleles only. Interpretations are made according to established guidelines.

These alleles D3S1358 17,18  VWA 14,16  FGA 20,24  Amelogenin XY
Male profile  D8S1179 10,13  D21S11 29,30.2  D18S51 12,14  TH01
D5S818 11,13  D13S317 12  D7S820 9,11  D16S539 11,12
7,9  TPOX 8,12  CSF1PO 11,12  Are Actually A Male profile of
Chromosomes XY  The Real offender profile and NOT A Female
profile as Mis stated in Exhibit (2)

C05-23506

24
24

*New DNA evidence That can be
Tested NOT Tested
prior To the plea, or
before The plea,*

# ILLINOIS STATE POLICE
Division of Forensic Services
Forensic Science Center at Chicago
1941 West Roosevelt Road
Chicago, Illinois 60608-1229
(312) 433-8000 (Voice) * 1-(800) 255-3323 (TDD)

Rod R. Blagojevich
*Governor*

November 22, 2005
**LABORATORY REPORT**

Larry G. Trent
*Director*

DETECTIVE E. LOUIS/ DETECTIVE C. REDMAN
CHICAGO POLICE DEPARTMENT UNIT 630
DETECTIVE DIVISION, AREA 3
2452 WEST BELMONT
CHICAGO IL 60618

Laboratory Case #C05-023506
RD #HL310333

OFFENSE: Sexual Assault
VICTIM: Molly Grierson

The following evidence was received by the Forensic Science Center at Chicago on May 16, 2005:
**Inventory# 10520806**

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| 1A | Stain from inside of crotch of underwear (semen identified) |
| 1B | Stain from underwear (semen identified) |

**RESULTS**
DNA from Exhibit 1B was amplified using the Polymerase Chain Reaction (PCR) and profiled at the
following loci: D3S1358, vWA, FGA, D8S1179, D21S11, D18S51, D5S818, D13S317, D7S820,
D16S539, TH01, TPOX, CSF1PO and Amelogenin.

A mixture of human DNA profiles was identified in Exhibit 1B which was interpreted as a mixture of two
people.

A male DNA profile was identified in Exhibit 1B. This male DNA profile was searched against the DNA
Index. The search detected an association to the following individual which indicates he may be the donor
of the semen identified: Louis Martinez, SID# IL36686060. This information pertains to Combined DNA
Index System (CODIS) association# 2356.

The male DNA profile identified in Exhibit 1B has been included in the DNA Index and will continue to
be compared to other profiles. You will be notified if a consistent profile is detected.

A female DNA profile was also identified in Exhibit 1B.

Exhibit 1A was not examined.

*Semen of Real offender
Never Examined.*

22
22



# ILLINOIS STATE POLICE
Division of Forensic Services
Forensic Science Center at Chicago
1941 West Roosevelt Road
Chicago, Illinois 60608-1229
(312) 433-8000 (Voice) * 1-(800) 255-3323 (TDD)



Rod R. Blagojevich
*Governor*

Larry G. Trent
*Director*

June 9, 2005
## LABORATORY REPORT

DETECTIVE E. LOUIS/ DETECTIVE C. REDMAN
CHICAGO POLICE DEPARTMENT UNIT 630
DETECTIVE DIVISION, AREA 3
2452 WEST BELMONT
CHICAGO IL 60618

Laboratory Case #C05-023506
RD #HL310333

OFFENSE: **Sexual Assault**
VICTIM: ███████████

The following evidence was received by the Forensic Science Center at Chicago on May 16, 2005:
**Inventory# 10520806**

| EXHIBIT | DESCRIPTION | FINDINGS |
|---|---|---|
| 1 | One yellow pair of woman's underwear | Semen identified. Blood indicated. Damage to construction observed. This item was taped for removal of apparent hairs, fibers, and debris. |

## REQUESTS:
At such time as known blood or buccal standards from the victim and suspect are submitted, the possible source of the semen identified on the evidence may be determined.

Semen has been identified on the evidence submitted. If the stain could have originated from consensual contact, please submit standards from the known individuals.

Microscopy evidence (apparent hairs, fibers, debris) was collected in this case. Please advise if comparisons are important to your investigation, and ensure that all standards can be collected.

If you have in your possession additional evidence that may be of significant value in this case, please advise.

If you have any questions regarding this report, please feel free to contact me.

## EVIDENCE DISPOSITION:
Samples from Exhibit 1 have been retained at the Forensic Science Center at Chicago for DNA analysis and will be the subject of a separate report.



> MARtinez Seeks Blood TEsted never Examined
> Blood left of Real offender



34